```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )           4:06CR3058
       v.                       )
                                )
PHILLIP S. VANNESS,             )
                                )              ORDER
            Defendant.          )
                                )
```

     IT IS ORDERED:

     Defendant's motion for screening for inpatient treatment, filing 11, is granted and Pretrial Services is directed to arrange the screening.


     DATED this 27th day of April, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge