IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3058 |
| V. | ) | |
| PHILLIP S. VANNESS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's oral motion to continue trial is granted.

(2)   Trial of this case as to Defendant Vanness is continued to 9:00 a.m., Tuesday, October 10, 2006, before the undersigned United States district judge, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161 (h)(1)(I)& (h)(8)(A)(B).

July 26, 2006.                    BY THE COURT:

                      s/ *Richard G. Kopf*
                      United States District Judge