```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3058 |
| v. | ) | |
| | ) | |
| PHILLIP S. VANNESS, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

Defendant has moved for release to treatment through the Lincoln People's City Mission. He was recently discharged unsuccessfully from NOVA for failing to abide by their rules and was later deceptive about it to staff. It is difficult to imagine that a person who cannot abide by strict rules in an inpatient treatment facility would decide to comply with less restrictive rules. Defendant squandered his opportunity for treatment.

IT THEREFORE HEREBY IS ORDERED,

The motion for release, filing 25, is denied.

DATED this 6th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge