IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3058 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| PHILLIP S. VANNESS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has requested that his supervised release be terminated early. The probation officer and the prosecutor have no objection.

IT IS ORDERED that supervised release for Phillip S. Vanness is hereby terminated. The probation officer shall provide Mr. Vanness with notice of this order.

DATED this 28th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge